# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY CLEMENTS, El-Clements** | : | **CIVIL ACTION** |
| **Heirs Family Trust, DDSTTEE** | : | |
| **v.** | : | |
| | : | |
| **DELAWARE COUNTY COURT OF** | : | |
| **COMMON PLEAS DOMESTIC** | : | |
| **RELATIONS OFFICE, GEORGE W. HILL** | : | |
| **CORRECTIONAL FACILITY, DELAWARE** | : | |
| **COUNTY SHERIFF'S OFFICE and** | : | |
| **DELAWARE COUNTY COURTHOUSE** | : | **NO. 19-1232** |

## ORDER

**NOW**, this 11th day of April, 2019, upon consideration of *pro se* plaintiff Gregory Clements's motion for leave to proceed *in forma pauperis* (Document No. 1), his Complaint, and Motion [for protection] (Document No. 3), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**;

2. The Complaint is deemed filed;

3. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), the complaint is **DISMISSED WITHOUT PREJUDICE;**

4. Plaintiff's Motion for Protection is **DENIED;**

5. Plaintiff is granted leave to file an amended complaint within thirty (30) days, and any amended complaint shall: (a) identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint; (b) state the basis for plaintiff's claims against each defendant; and (c) specifically name the person or persons who plaintiff alleges violated his rights;

6. Upon the filing of an amended complaint, the Clerk shall not make service until so ordered by the Court; and,

7. If plaintiff fails to comply with this Order, his case will be dismissed for failure to prosecute.

/s/TIMOTHY J. SAVAGE